*lay* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Clapp, James L. Morrisson* and *Samuel D. Slade* for the Civil Aeronautics Board; *Henry J. Friendly* for Pan American World Airways, Inc.; and *Howard C. Westwood* and *Malcolm A. MacIntyre* for American Airlines et al., respondents.

No. 451. KOONS ET AL. *v.* KAISER ET AL.; and

No. 452. KOONS ET AL. *v.* KAUFMAN, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *William H. Timbers* for petitioners. *Samuel I. Rosenman, Godfrey Goldmark* and *Max Freund* for respondents.

No. 490. STANDARD BRANDS, INC. *v.* BATEMAN ET AL.; and

No. 496. MIDWEST REFRIGERATION, INC. *v.* BATEMAN ET AL. C. A. 8th Cir. Certiorari denied. *Fowler Hamilton* for Standard Brands, Inc., petitioner in No. 490 and respondent in No. 496. *Oliver J. Miller* for petitioner in No. 496. *Cornelius Roach* for respondents in No. 490. Reported below: 184 F. 2d 1002.

No. 495. HAYES ET AL. *v.* UNION PACIFIC RAILROAD Co. ET AL. C. A. 9th Cir. Certiorari denied. *Harold M. Sawyer* and *Richard Gladstein* for petitioners. *T. W. Bockes, Elmer Collins, Edward C. Renwick* and *Malcolm Davis* for the Union Pacific Railroad Company; and *Marion B. Plant* for the Dining Car Employees' Union Local 372, respondents.

No. 502. FIORELLA *v.* CITY OF BIRMINGHAM. Court of Appeals of Alabama. Certiorari denied. *James T. Gibson, Jr.* for petitioner. *Charles S. Rhyne* for respondent.